JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS LOPEZ, <br>     Petitioner, <br>     v. <br> M.D. BITER, Warden, <br>     Respondent. | Case No. CV 12-1064-JFW (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Denying Extension Motion and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 2/13/12

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE